IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00275-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLAVIO CARRILLO-DIAZ,

    Defendant.

_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on August 14, 2013, it is

    ORDERED that Defendant Flavio Carrillo-Diaz, is sentenced to TIME SERVED.

    DATED: August 14, 2013

                            BY THE COURT:

                            _____
                            Christine M. Arguello
                            United States District Judge